IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO: 1:92-CR-184-RHH |
| | : | |
| PATRICIA A WARD, | : | |
| | : | |
| Defendant, | : | |

SATISFACTION OF MONETARY
PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

    Respectfully submitted,
    SALLY QUILLIAN YATES
    UNITED STATES ATTORNEY

    s/Cynthia B. Smith
    CYNTHIA B. SMITH
    Assistant United States Attorney
    Georgia Bar No. 655473
    600 United States Courthouse
    75 Spring Street, S.W.
    Atlanta, Georgia 30303
    Phone No.: 404-581-6350
    Fax No.: 404-581-6167
    cynthia.smith2@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Satisfaction of Monetary Portion of Judgment with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

    Patricia A  Ward
    4079 Northridge Way 6
    Norcross, GA 30093

    This 17th day of January, 2014.

    s/Cynthia B. Smith
    CYNTHIA B. SMITH
    Assistant United States Attorney
    Georgia Bar No. 655473
    cynthia.smith2@usdoj.gov